O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK GREGORY COHEN, | Case No. CV 14-5575 CAS(JC) |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), plaintiff's objections to the Report and Recommendation ("Objections") and defendant's response to the Objections. The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

1  IT IS HEREBY ORDERED that (1) the decision of the Commissioner of
2 Social Security is affirmed; and (2) Judgment be entered accordingly.
3  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 Report and Recommendation, and the Judgment on counsel for the parties.
5  LET JUDGMENT BE ENTERED ACCORDINGLY.
6 DATED: June 12, 2015

*Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE