JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GREGORY COHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 14-5575 CAS(JC)<br><br>~~(PROPOSED)~~ JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: June 12, 2015

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE